UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SAMUEL HAYWOOD MYLES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | 2:02-cv-244-LJM-KPF |

## ENTRY

The plaintiff's filing of January 6, 2003, has been considered. That document does not include a request for relief. That document is simply the plaintiff's statement in response to the denial on December 19, 2002, of the court's denial of his request for leave to proceed on appeal *in forma pauperis*. There is nothing in the plaintiff's statement filed on January 6, 2003, which suggests error in either the disposition of the case or the denial of the plaintiff's request for leave to proceed on appeal *in forma pauperis*. Any relief from those rulings which the filing of January 6, 2003, can be construed to request is therefore **denied**.

**IT IS SO ORDERED.**

LARRY J. McKINNEY, Chief Judge
United States District Court

Date: 1/13/03

Copies to:

Samuel Haywood Myles
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436