UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SAMUEL HAYWOOD MYLES,        )
                             )
           Plaintiff,        )
    vs.                      )      2:02-cv-244-LJM-KPF
                             )
UNITED STATES OF AMERICA,    )
                             )
           Defendant.        )

ENTRY DIRECTING FURTHER PROCEEDINGS

Based on the limited order of remand from the Court of Appeals in No. 02-3944, the plaintiff is assessed an initial partial appellate fee of $53.00. He shall have **through May 14, 2003,** in which to pay that sum to the clerk of the district court.

**IT IS SO ORDERED.**

Date: 4/21/03

LARRY J. McKINNEY, Chief Judge
United States District Court

Copies to:

Samuel Haywood Myles
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436