RECEIVED
MAR 29 2004
U.S. CLERK'S OFFICE

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 26, 2004

*By the Court:*

No. 02-3944

| | |
|---|---|
| SAMUEL H. MYLES,<br>*Plaintiff-Appellant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>*Defendant-Appellee.* | Appeal from the United States<br>District Court for the Southern<br>District of Indiana, Terre Haute<br>Division<br><br>No. 2:02-cv-244-LJM<br><br>Larry J. McKinney,<br>*Chief Judge.* |

## ORDER

This court has reviewed Samuel Myles's pro se brief and determined that assistance of counsel and oral argument would materially advance the issues presented on appeal. Accordingly, counsel will be appointed to represent the interests of appellant Myles. An order designating counsel and setting a briefing schedule and oral argument will follow.

Counsel are instructed to address the following issues: 1) whether the district court should have construed Mr. Myles's complaint as stating deliberate indifference claims against the individual employees named in the complaint's statement of facts, *see, e.g., Donald v. Cook County Sheriff's Dep't*, 95 F.3d 548, 555 (7th Cir. 1996); and 2) whether, if the complaint did state claims against the individual employees, Mr. Myles could timely effect service on defendants under Fed. R. Civ. P. 4(m).

Proceedings in this appeal are SUSPENDED pending further order of the court.

IT IS FURTHER ORDERED that the briefs previously filed in this appeal are STRICKEN.