# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

CERTIFIED COPY

Date: July 20, 2005

**BEFORE:** Honorable WILLIAM J. BAUER, Circuit Judge

Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable DIANE S. SYKES, Circuit Judge

No. 02-3944

SAMUEL H. MYLES,
   Plaintiff - Appellant

v.

UNITED STATES OF AMERICA,
   Defendant - Appellee

Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division
No. 02 C 244, Larry J. McKinney, Chief Judge

  The judgment of the District Court is AFFIRMED, in accordance with the decision of this court entered on this date.

(1061-110393)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE: September 12, 2005

TO: Laura A. Briggs
United States District Court
Southern District of Indiana
Terre Haute Division
207 Federal Building
Terre Haute, IN 47808

FROM: Gino J. Agnello, Clerk

RE: 02-3944
Myles, Samuel H. v. USA
02 C 244, Larry J. McKinney, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**      **TO BE RETURNED AT LATER DATE:**

| | | |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:    Counsel of record
[ ] United States Marshal
[ ] United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: 9/15/05
(1071-120397)
_____
Deputy Clerk, U.S. District Court