UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| SAMUEL HAYWOOD MYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:02-cv-244-LJM-KPF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The relief sought in the motion to inquire status filed by the plaintiff on August 18, 2005, is the same as that sought in his motion for leave to file an amended complaint and his motion for relief from judgment. In light of this, the motion to inquire status is denied as unnecessary.

2. In light of the resolution of the plaintiff's appeal, the plaintiff's motion to strike filed on August 18, 2005, is denied as unnecessary. As the plaintiff is aware, the plaintiff's claim against the United States of America was resolved in both this court and in the Court of Appeals. He does not seek to revive it, nor does there appear to be a discernible basis for doing so. There is no claim any longer to strike.

3. "It is well settled that after a final judgment, a plaintiff may amend a complaint under Rule 15(a) only with leave of court after a motion under Rule 59(e) or Rule 60(b) has been made and the judgment has been set aside or vacated." *Figgie Int'l, Inc. v. Miller,* 966 F.2d 1178, 1179 (7th Cir. 1992). The plaintiff's motion for leave to file an amended complaint will be considered in conjunction with his motion for relief from judgment.

**IT IS SO ORDERED.**

Date: _____

Copies to:

Samuel Haywood Myles
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048